

# Fourth Court of Appeals
## San Antonio, Texas

April 18, 2022

No. 04-22-00062-CR

Ricardo **ARREOLA**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 20-05-0097-CRA
Honorable Walden Shelton, Judge Presiding

# O R D E R

 Appellant's notice of appeal was filed with this court on January 31, 2022. The appellate record was completed on February 9, 2022. Appellant's brief was due on March 11, 2022. As of the date of this order, Appellant has not filed a brief or motion for extension of time.

 Accordingly, we ORDER Appellant's attorney to either file Appellant's brief or a motion to dismiss this appeal on or before **April 25, 2022**. If nothing is filed by that date, we will abate this appeal to the trial court for an abandonment hearing. *See* TEX. R. APP. P. 38.8(b)(2). Appellant's attorney is cautioned that, to protect Appellant's rights, this court may "initiat[e] contempt proceedings against Appellant's counsel." TEX. R. APP. P. 38.8(b)(4).

_____
Patricia O. Alvarez, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of April, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court